UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRENDA J. HECK,<br><br>                Plaintiff,<br><br>     v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>                Defendant. | CASE NO. 2:16-cv-01669 JRC<br><br>ORDER ON STIPULATED MOTION FOR ATTORNEY FEES, EXPENSES AND COSTS |

      This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 3; Consent to Proceed Before a United States Magistrate Judge, Dkt. 4). This matter is before the Court on plaintiff's Stipulated Motion for Attorney Fees, Expenses and Costs (*see* Dkt. 17).

      Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), the Stipulation of the parties (*see* Dkt. 17), the time, expense and costs itemizations (Dkt. 17, Attachments 2, 4, 5), and the relevant record, it is hereby ORDERED that EAJA attorney's fees of $5,504.89 and

| 1 | expenses in the amount of $47.29, shall be awarded to plaintiff pursuant to the EAJA and
| --- | --- |
| 2 | consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7
| 3 | (2010).
| 4 | It is further ORDERED that costs in the amount of $400.00 shall be awarded to plaintiff
| 5 | pursuant to 28 U.S.C. § 1920.
| 6 | The Acting Commissioner shall contact the Department of Treasury after the Order for
| 7 | EAJA fees, expenses and costs is entered to determine if the EAJA fees, expenses and costs are
| 8 | subject to any offset. If it is determined that plaintiff's EAJA fees, expenses and costs are not
| 9 | subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then
| 10 | the check for EAJA fees, expenses and costs shall be made payable to Francisco Rodriguez,
| 11 | Esq., based on plaintiff's assignment of these amounts to plaintiff's attorney (*see* Contract of
| 12 | Employment, Dkt. 17, Attachment 3). If there is an offset, the remainder shall be made payable
| 13 | to plaintiff, based on the practice of the Department of the Treasury (*see*, *e.g.,* Case No. 2:15-cv-
| 14 | 122, Dkt. 22, p. 4). Any check for EAJA fees shall be mailed to plaintiff's counsel, Francisco
| 15 | Rodriguez, Esq., at P.O. Box 31844, Seattle, WA 98103.
| 16 | Dated this 2nd day of November, 2017.
| 17 | |
| 18 | J. Richard Creatura
| 19 | United States Magistrate Judge